■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENNIFER FECU, Appellant. [926 NYS2d 295]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 6, 2007 (*People v Fecu*, 38 AD3d 565 [2007]), affirming a judgment of the Supreme Court, Kings County, rendered September 7, 2004.

Ordered that the application is denied.

The appellant has failed to establish that she was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463

US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.